# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

### UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.

### ALONSO GABRIEL CANO-OROZCO,
Defendants-Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION
No. 5:23-CR-00213-FB

## APPELLANT ALONSO GABRIEL CANO-OROZCO'S UNOPPOSED
## MOTION TO WITHDRAW APPEAL

Now comes Appellant Alonso Gabriel Cano-Orozco, by and through his counsel Susannah E. Prucka, and files this Unopposed Motion to Withdraw Appeal, pursuant to Federal Rule of Appellate Procedure 42(b) and Fifth Circuit Rule 42.1. In support of this motion, Cano-Orozco would show the Court as follows:

## I.

Cano-Orozco was convicted of Conspiracy to Possess with Intent to Distribute Heroin, Possession with Intent to Distribute 1000 Grams or More of Heroin, Conspiracy to Possess with Intent to Distribute Cocaine, and Possession with Intent to Distribute 500 Grams or More of Cocaine. He was sentenced to 170 months on each count, followed by five years of supervised release, all to run concurrently.

After consulting with counsel, Cano-Orozco wishes to withdraw the appeal. This motion is filed in accordance with the wishes of Cano-Orozco. A copy of his written election to withdraw his appeal is appended to this motion.

## II.

Counsel has been authorized to inform the Court that Plaintiff-Appellee, the United States of America, does not oppose this motion.

III.

Accordingly, based upon the circumstances and reasons set forth above, Cano-Orozco respectfully requests that the Court dismiss the appeal in this case.

Respectfully Submitted,

By: /s/ Susannah E. Prucka
Susannah E. Prucka

Prucka Law Firm PLLC
3204 Sunburst Drive
Midland, Texas 79707
Tel.: (432) 303-1509
susannah@pruckalawfirm.com

Attorney for Defendant-Appellant

## CERTIFICATE OF CONFERENCE

I certify that I conferred with the Appellate Division of the United States Attorney's Office for the Western District of Texas. This motion is unopposed.

By: /s/ Susannah E. Prucka
Susannah E. Prucka

## CERTIFICATE OF SERVICE

I certify that today, March 3, 2025, the foregoing *MOTION* was served upon Assistant United States Attorney Joseph N. Gay, Jr., counsel for appellee, by notice of electronic filing with the Fifth Circuit CM/ECF system. I further certify that a copy of the *MOTION* is being served via first-class United States mail, postage prepaid, upon Alonso Gabriel Cano-Orozco, Reg. No. 52097-510, Fort Worth FMC, P.O. BOX 15330, FORT WORTH, TX 76119.

By: /s/ Susannah E. Prucka
Susannah E. Prucka

# CERTIFICATE OF COMPLIANCE

1.     This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 193 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B).

2.     This motion complies with the requirements of Fed. R. App. P. 27(d)(1)(D) because the text is double-spaced with margins at least one inch on all four sides and the type style requirements of Fed. R. App. P. 27(d)(1)(E) are met because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in Times New Roman 14-point font in text and Times New Roman 12-point font in footnotes as required under Fed. R. App. P. 32(a)(5) & (a)(6).

3.     This motion was filed electronically, in native Portable Document File (PDF) format, via the Fifth Circuit's CM/ECF system.

By: /s/ Susannah E. Prucka
Susannah E. Prucka

# APPENDIX

## AUTORIZACIÓN PARA RETIRAR LA APELACIÓN

TO:    Susannah E. Prucka
        Abagada por Alonso Gabriel Cano-Orozco

FROM:  Alonso Gabriel Cano-Orozco

RE:  Caso No. 24-50818

Esta carta tiene como fin autorizar a mi abogada, Susannah E. Prucka, a presentar una moción para desestimar mi apelación. Después de consultar con la Sra. Prucka, ya no deseo continuar con la apelación que se encuentra actualmente pendiente en el Tribunal de Apelaciones de los Estados Unidos para el Quinto Circuito.

Entiendo que al firmar este formulario de autorización, mi apelación será desestimada y mi caso quedará concluido. También entiendo que la apelación no puede ser restablecida en una fecha posterior. Es mi deseo desestimar la apelación.

_____
Alonso Gabriel Cano-Orozco

_____
Fecha

# AUTHORIZATION TO WITHDRAW APPEAL

TO:   Susannah E. Prucka
       Attorney for Alonso Gabriel Cano-Orozco

FROM:  Alonso Gabriel Cano-Orozco

SUBJECT: Withdrawal of Appeal No. 24-50818

This letter is to authorize my attorney, Susannah E. Prucka, to file a motion to dismiss my appeal. After consulting with Ms. Prucka, I no longer desire to pursue the appeal which is currently pending in the United States Court of Appeals for the Fifth Circuit.

I understand that by signing this authorization form, my appeal will be dismissed, and my case will be concluded. I also understand that the appeal cannot be reinstated at a later date. It is my wish to dismiss the appeal.

_____
Alonso Gabriel Cano-Orozco

_____
Date Signed